UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:                           }        CASE NUMBER
                                 }         9:16-bk-10583-FMD
 SEMINOLE TRACKS, INC            }
                                 }        JUDGE  DcLAN o
                                 }
DEBTOR.                          }        CHAPTER 11


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM March 1, 2017 TO March 31, 2017

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:


C/o Pavia & Harcourt LLP                  ANDREW M. BRUMBY, ESQ

230 Park Avenue Suite 2401                SHUTTS & BOWEN LLP

New York, NY 10169                        300 S. Orange Avenue, Suite 1000

_____                 Orlando, FL 32801      (407)-835-6901

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20 day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdo j.gov/ust/r2 l/reg_info.htm
1)    Instructions for Preparations of Debtor' s Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdo j.gov/ust/.

MOR

### SCHEDULE OF RECEIPTS AND DISBURSEMENT
#### FOR THE PERIOD BEGINNING March 1, 2017 AND ENDING March 31, 2017

Name of Debtor: SEMINOLE TRACKS, INC                Case Number 9:16-bk-10583-FMD

Date of Petition: December 13, 2016

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 11,418.26 (a) | 11,843.26 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | - | - |
| Minus: Cash Refunds | | |
| Net Cash Sales | | |
| B. Accounts Receivable | - | |
| C. Other Receipts *(See MOR-3)* | - | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | 11,418.26 | 11,843.26 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | - | - |
| B. Bank Charges | - | 100.00 |
| C. Contract Labor | - | - |
| D. Fixed Asset Payments (not incl. in "N") | - | - |
| E. Insurance | - | - |
| F. Inventory Payments *(See Attach. 2)* | - | - |
| G. Leases | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | - | - |
| J. Payroll - Net *(See Attachment 4B)* | - | - |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | - | - |
| M. Repairs & Maintenance | 1,531.34 | 1,531.34 |
| N. Secured Creditor Payments *(See Attach. 2)* | - | - |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | - | - |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | - | - |
| Q. Taxes Paid - Other *(See Attachment 4C)* | - | - |
| R. Telephone | - | - |
| S. Travel & Entertainment | - | - |
| Y. U.S. Trustee Quarterly Fees | 325.44 | 650.44 |
| U. Utilities | - | - |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses *(See MOR-3)* | - | - |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 1,856.78 | 2,281.78 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | 9,561.48 (c) | 9,561.48 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20 day of April, 2017 _____ (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date. (b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition. (c) These two amounts will always be the same if form is completed correctly.

MOR-2

MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

OTHER RECEIPTS:

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

OTHER DISBURSEMENTS:

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line SW.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | - | - |

NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

**ATTACHMENT 1**

**MONTHLY ACCOUNTS ECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  SEMINOLE TRACKS, INC      Case Number:  9:16-bk-10583-FMD

Reporting Period beginning March 1, 2017      Period ending March 31, 2017

ACCOUNTS RECEIVABLE AT PETITION DATE:    NONE

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ O | (b) |
| | $ | |
| PLUS/MINUS: Adjustments or Write offs | $ | 0* |
| End of Month Balance | O | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
N/A

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $        0 | $        0 | $        0 | $        0 | $ 0        (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. (b) For the first report only, this number will be the balance as of the petition date. This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: __SEMINOLE TRACKS, INC__   Case Number: __9:16-bk-10583-FMD__

Reporting Period beginning __March 1, 2017__     Period ending __March 31, 2017__

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 01/12/2017 | 78 | CAPSTONE INSURANCE SERVICES LLC – INSURANCE | | $1,790.70 |
| 01/13/2017 | 77 | CAPSTONE INSURANCE SERVICES LLC – INSURANCE | | $4,138.50 |
| 03/31/2017 | 1 | GIUSEPPE BRUSA CPA LLC – ACCOUNTING FEES | | $3,450.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | $9,379.20  (b) |

**Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 5,929.20 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 3,450.00 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | 0 | (b) |
| PLUS/MINUS: Adjustments | 0 | * |
| Ending Month Balance | $ 9,379.20 | |

\*For any adjustments provide explanation and supporting documentation, if applicable.
N/A

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| TOTAL AMOUNT | N/A | N/A | N/A | N/A |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>    Case Number: <u>9:16-bk-10583-FMD</u>

Reporting Period beginning <u>March 1, 2017</u>    Period ending <u>March 31, 2017</u>

## INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 0 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ 0 | (a) |
| PLUS: Inventory Purchased During Month | $ 0 | |
| MINUS: Inventory Used or Sold | $ 0 | 0 |
| PLUS/MINUS: Adjustments or Write-downs | $ 0 | * |
| Inventory on Hand at End of Month | $ 0 | |

METHOD OF COSTING INVENTORY: ———

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% | 100%* |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory: N/A**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: $    5,000,000.00  (b)
(Includes Property, Plant and Equipment)
BRIEF DESCRIPTION (First Report Only): <u>Racing Track, Building, Land, Autos, Equipment.</u>
_____

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 2,949,951.65 | (a) (b) |
| MINUS: Depreciation Expense | $ 19,393.78 | |
| PLUS: New Purchases | $ - | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ 2,930,557.87 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date. Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>      Case Number: <u>9:16-bk-10583-FMD</u>

Reporting Period beginning <u>March 1, 2017</u>      Period ending <u>March 31, 2017</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at <u>http://www.usdoj.gov/ust/r21/reg_info.htm</u>. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: <u>TD BANK</u>      BRANCH: _____

ACCOUNT NAME: <u>Chapter 11 Checking</u>      ACCOUNT NUMBER: <u>4338522554</u>

PURPOSE OF ACCOUNT: <u>Operating</u>

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $  9,561.48 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | * |
| Minus Service Charges | " - | |
| Ending Balance per Check Register | $  9,561.48 | ** (a) |

**\*Debit cards are used by** <u>N/A</u>_____

**\*\*If Closing Balance is negative, provide explanation:** _____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ❏ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$0_____ Transferred to Payroll Account

$0_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT SA

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>        Case Number: <u>9:16-bk-10583-FMD</u>
Reporting Period beginning <u>March 1, 2017</u>        Period ending <u>March 31, 2017</u>

NAME OF BANK:    TD Bank        BRANCH: —————
ACCOUNT NAME: Chapter 11 Checking

ACCOUNT NUMBER:  <u>4338522554</u>        PURPOSE OF ACCOUNT: <u>OPERATING</u>
Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|-------|---------|--------|
| N/A | N/A | N/A | N/A | N/A |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL        _____

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>    Case Number:  <u>9:16-bk-10583-FMD</u>

Reporting Period beginning <u>March 1, 2017</u>    Period ending <u>March 31, 2017</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg___info.htm.

NAME OF BANK: N/A_____    BRANCH: N/A_____

ACCOUNT NAME:  N/A_____    ACCOUNT NUMBER: N/A_____

PURPOSE OF ACCOUNT:  _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $0 | |
| Plus Total Amount of Outstanding Deposits | $ 0 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 0 | * |
| Minus Service Charges | $0 | |
| Ending Balance per Check Register | $    0 | ** (a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  (D Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT SB
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>          Case Number: <u>9:16-bk-10583-FMD</u>

Reporting Period beginning <u>March 1, 2017</u>          Period ending <u>March 31, 2017</u>

NAME OF BANK: N/A                              BRANCH: N/A

ACCOUNT NAME: N/A

ACCOUNT NUMBER:  N/A—

PURPOSE OF ACCOUNT:  ____  PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    _____

ATTACHMENT 4C

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>    Case Number: <u>9:16-bk-10583-FMD</u>

Reporting Period beginning <u>March 1, 2017</u>    Period ending <u>March 31, 2017</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www. usdoj.gov/ust/r2 1/index.htm.

NAME OF BANK: N/A    BRANCH: ————————

ACCOUNT NAME:_____N/A____    ACCOUNT NUMBER: N/A

PURPOSE OF ACCOUNT: TAX ————————

| | |
|---|---|
| Ending Balance per Bank Statement | $ 0 |
| Plus Total Amount of Outstanding Deposits | $ 0 |
| Minus Total Amount of Outstanding Checks and other debits | $ 0 * |
| Minus Service Charges | $ 0 |
| Ending Balance per Check Register | $ 0 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:    (O Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT SC

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>        Case Number: <u>9:16-bk-10583-FMD</u>

Reporting Period beginning <u>March 1, 2017</u>        Period ending <u>March 31, 2017</u>

NAME OF BANK: <u>N/A</u>                BRANCH: —————

ACCOUNT NAME: <u>N/A</u>            ACCOUNT #: <u>N/A</u>

PURPOSE OF ACCOUNT: <u>        TAX        </u>

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE N/A | CHECK NUMBER N/A | PAYEE N/A | PURPOSE N/A | AMOUNT N/A |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                  ==== (d)

### SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | 0 | (a) |
| Sales & Use Taxes Paid | 0 | (b) |
| Other Taxes Paid | 0 | (c) |
| TOTAL | 0 | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line SO).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
(Page MOR-2, Line SP).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line SQ).
(d) These two lines must be equal.

## ATTACHMENT 4 D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                              ===== (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| | | | |

TOTAL                                          $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation. N/A**_____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a+b)**     $ 0_____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 6

MONTHLY TAX REPORT

Name of Debtor: SEMINOLE TRACKS, INC        Case Number: 9:16-bk-10583-FMD

Reporting Period beginning March 1, 2017        Period ending March 31, 2017

TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| HENDRY COUNTY | 03/30/2017 | PROPERTY TAX | 2,655.06 | N/A | 2016 |
| HENDRY COUNTY | 03/30/2017 | PROPERTY TAX | 7,238.41 | N/A | 2016 |
| HENDRY COUNTY | 03/30/2017 | PROPERTY TAX | 29,762.92 | N/A | 2016 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | 39,656.39 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: <u>SEMINOLE TRACKS, INC</u>          Case Number:  <u>9:16-bk-10583-FMD</u>

Reporting Period beginning <u>March 1, 2017</u>          Period ending <u>March 31, 2017</u>

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.   Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first remit, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| CAPSTONE INSURANCE SERVICES LLC | | HBD10022799 | GENERAL LIAB. | 01/12/2018 | 01/12/2017 |
| | (732) 286-9600 | NPP8399198 | PROPERTY POLICY | 01/13/2018 | 01/13/2017 |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

O **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Infolmation to be provided on this page, includes, but is not limited to: **(1)** financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement);* (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before N/A

4/20/17 at 17:46:11.78

# SEMINOLE TRACKS
## Account Reconciliation
## As of Mar 31, 2017
## 1120 - TD Chapter 11 Checking
## Bank Statement Date: March 31, 2017

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 11,418.26 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (1,856.78) |
| Ending GL Balance | 9,561.48 |
| Ending Bank Balance | 9,561.48 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 9,561.48 |

SEMINOLE TRACKS
Balance Sheet
March 31, 2017

ASSETS

| Current Assets | | | |
|---|---|---|---|
| TD Chapter 11 Checking | $ | 9,561.48 | |
| SHUTTS & BOWEN - ESCROW | | 43,409.50 | |
| | | | |
| Total Current Assets | | | 52,970.98 |
| | | | |
| Property and Equipment | | | |
| Equipment & Accesories | | 42,216.06 | |
| Cars | | 519,077.92 | |
| Land | | 918,331.26 | |
| Racing Track | | 3,360,154.84 | |
| Building | | 339,884.94 | |
| Accum. Depr.-Building | | (63,738.34) | |
| Accum. Depr.-Equip. | | (42,216.05) | |
| Accum. Depr.- Cars | | (519,077.92) | |
| Accunm. Depr. Racing Track | | (1,624,074.84) | |
| | | | |
| Total Property and Equipment | | | 2,930,557.87 |
| | | | |
| Other Assets | | | |
| Due from Ranch Landscape Herit | | 27,449.88 | |
| Due from Oceanside | | 85,598.80 | |
| Due from Sky Wagon | | 642.21 | |
| Special Project - Car | | 300,000.00 | |
| Capitalized Expenses | | 68,666.33 | |
| Capitalized Expenses - Legal | | 117,474.15 | |
| | | | |
| Total Other Assets | | | 599,831.37 |
| | | | |
| Total Assets | $ | | 3,583,360.22 |

LIABILITIES AND CAPITAL

| Current Liabilities | | | |
|---|---|---|---|
| Account Payable | $ | 9,379.20 | |
| Accrued Expenses | | 41,306.39 | |
| Loan from Stockholder | | 4,913,194.73 | |
| Loan from S/H -for Racing Team | | 571,747.00 | |
| Due to Cormorant | | 252,968.88 | |
| Due to Lassergut | | 11,909.54 | |
| Due to Rocreation | | 939,155.73 | |
| Due to Ranch Preservation | | 1,377.50 | |
| Due to Salty Air | | 15,548.30 | |
| Due to Seminole Racing Team | | 129,343.02 | |
| Loan & Exchange | | 8,682.00 | |
| Due to Strand Connect | | 47,300.00 | |
| Due to Twin O | | 15,000.00 | |
| | | | |
| Total Current Liabilities | | | 6,956,912.29 |
| | | | |
| Long-Term Liabilities | | | |
| | | | |
| Total Long-Term Liabilities | | | 0.00 |
| | | | |
| Total Liabilities | | | 6,956,912.29 |
| | | | |
| Capital | | | |
| Capital | | 50,000.00 | |
| Additional Paid-in Capital | | 1,500,000.00 | |

Unaudited - For Management Purposes Only

SEMINOLE TRACKS
Balance Sheet
March 31, 2017

| | | |
|---|---|---|
| Retained Earnings | (4,853,709.75) | |
| Net Income | (69,842.32) | |
| Total Capital | | (3,373,552.07) |
| Total Liabilities & Capital | $ | 3,583,360.22 |

Unaudited - For Management Purposes Only

SEMINOLE TRACKS
Depreciation Schedule for 03/31/2017

| TYPE | DATE | BASIS | LIFE | METHOD | RES VALUE 1/31/17 | DEPR. 02/28/17 | ACC DEP 02/28/17 | RES VALUE 02/28/17 | DEPR. 03/31/17 | ACC DEP 03/31/17 | RES VALUE 03/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **LAND** | | | | | | | | | | | |
| LAND | 4/1/2004 | 890,295.50 | | | 890,295.50 | - | - | 890,295.50 | - | - | 890,295.50 |
| LAND ADJUSTMENTS | 1/1/2007 | 28,035.76 | | | 28,035.76 | - | - | 28,035.76 | - | - | 28,035.76 |
| | | | | | | | | | | | |
| **TOTAL LAND** | | **918,331.26** | | | **918,331.26** | **-** | **-** | **918,331.26** | **-** | **-** | **918,331.26** |
| | | | | | | | | | | | |
| **RACING TRACK** | | | | | | | | | | | |
| RACING TRACK | 4/1/2010 | 3,360,154.84 | 15 | SL | 1,773,415.05 | 18,667.53 | 1,605,407.31 | 1,754,747.53 | 18,667.53 | 1,624,074.84 | 1,736,080.00 |
| | | | | | | | | | | | |
| **TOTAL RACING TRACK** | | **3,360,154.84** | | | **1,773,415.05** | **18,667.53** | **1,605,407.31** | **1,754,747.53** | **18,667.53** | **1,624,074.84** | **1,736,080.00** |
| | | | | | | | | | | | |
| **EQUIPMENT** | | | | | | | | | | | |
| EQUIPMENT | 3/19/2007 | 10,248.00 | 5 | SL | - | - | 10,248.00 | - | - | 10,248.00 | - |
| EQUIPMENT | 4/4/2007 | 400.00 | 5 | SL | - | - | 400.00 | - | - | 400.00 | - |
| EQUIPMENT -AMBULANCE | 3/5/2008 | 5,743.88 | 5 | SL | - | - | 5,743.88 | - | - | 5,743.88 | - |
| EQUIPMENT | 4/23/2008 | 21,467.00 | 5 | SL | - | - | 21,467.00 | - | - | 21,467.00 | - |
| CAMERA | 5/9/2008 | 4,901.18 | 5 | SL | - | - | 4,901.18 | - | - | 4,901.18 | - |
| EQUIPMENT ADJUSTMENT | 1/1/2009 | (544.00) | 5 | SL | - | - | (544.00) | - | - | (544.00) | - |
| **TOTAL EQUIPMENT** | | **42,216.06** | | | **-** | **-** | **42,216.06** | **-** | **-** | **42,216.06** | **-** |
| | | | | | | | | | | | |
| **CARS** | | | | | | | | | | | |
| TRUCK -Palm Peterbilt | 3/6/2007 | 10,061.00 | 5 | SL | - | - | 10,061.00 | - | - | 10,061.00 | - |
| TRUCK -Palm Peterbilt | sold in 2015 | -10,061.00 | | | - | | (10,061.00) | - | | (10,061.00) | - |
| TRUCK -GMC Truck | 3/7/2007 | 66,622.00 | 5 | SL | - | - | 66,622.00 | - | - | 66,622.00 | - |
| AMBULANCE | 3/20/2007 | 22,303.00 | 5 | SL | - | - | 22,303.00 | - | - | 22,303.00 | - |
| RACING CAR -Ferrari GT | 5/25/2007 | 359,825.00 | 5 | SL | - | - | 359,825.00 | - | - | 359,825.00 | - |
| RACING CAR -Racing Car SA | 10/31/2007 | 70,327.92 | 5 | SL | - | - | 70,327.92 | - | - | 70,327.92 | - |
| **TOTAL CARS** | | **519,077.92** | | | **-** | **-** | **519,077.92** | **-** | **-** | **519,077.92** | **-** |
| | | | | | | | | | | | |
| **BUILDING** | | | | | | | | | | | |
| BUILDING ON RACE TRACK | 4/1/2010 | 339,884.94 | 39 | SL | 277,599.11 | 726.25 | 63,012.08 | 276,872.86 | 726.25 | 63,738.33 | 276,146.61 |
| **TOTAL BUILDING** | | **339,884.94** | | | **277,599.11** | **726.25** | **63,012.08** | **276,872.86** | **726.25** | **63,738.33** | **276,146.61** |
| **TOTALS** | | **5,179,665.02** | | | **2,969,345.42** | **19,393.78** | **2,229,713.37** | **2,949,951.65** | **19,393.78** | **2,249,107.15** | **2,930,557.87** |

### SEMINOLE TRACKS
### Income Statement
### For the Three Months Ending March 31, 2017

|  |  | Current Month |  |  | Year to Date |  |
|---|---|---|---|---|---|---|
| Revenues |  |  |  |  |  |  |
| Total Revenues |  | 0.00 | 0.00 |  | 0.00 | 0.00 |
|  |  |  |  |  |  |  |
| Cost of Sales |  |  |  |  |  |  |
| Total Cost of Sales |  | 0.00 | 0.00 |  | 0.00 | 0.00 |
| Gross Profit |  | 0.00 | 0.00 |  | 0.00 | 0.00 |
| Expenses |  |  |  |  |  |  |
| Accounting | $ | 3,450.00 | 0.00 | $ | 3,450.00 | 0.00 |
| Bank Charges |  | 0.00 | 0.00 |  | 100.00 | 0.00 |
| Depreciation Expenses |  | 19,393.78 | 0.00 |  | 58,181.34 | 0.00 |
| Insurance Expenses |  | 0.00 | 0.00 |  | 5,929.20 | 0.00 |
| Maintenance Expense |  | 1,531.34 | 0.00 |  | 1,531.34 | 0.00 |
| U.S. Trustee Fees |  | 325.44 | 0.00 |  | 650.44 | 0.00 |
| Total Expenses |  | 24,700.56 | 0.00 |  | 69,842.32 | 0.00 |
| Net Income | $ | (24,700.56) | 0.00 | $ | (69,842.32) | 0.00 |


**Bank**

America's Most Convenient Bank®

SEMINOLE TRACKS INC
DIP CASE 16-10583 MFLT
600 MADISON AVE 12TH FLR
NEW YORK NY          10022

|  | 039 / Chapter 11 Checking | 4338522554 |
|---|---|---|
| Statement Beginning Balance | | $0.00 |
| Plus | Deposits and Other Credits | $11,434.26 |
| Less | Checks and Other Debits | $1,872.78 |
| Statement Balance As Of 03/31/2017 | | $9,561.48 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 02/24/2017 | DEPOSIT | | $11,418.26 | $11,418.26 |
| 03/17/2017 | DEPOSIT | | $16.00 | $11,434.26 |
| 03/17/2017 | DEBIT | $1,539.34 | | $9,894.92 |
| 03/17/2017 | DEBIT | $333.44 | | $9,561.48 |