ORDERED.

Dated: June 09, 2017

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In the Matter of:

SEMINOLE TRACKS, INC.

CASE No. 9-16-bk-10583-FMD
Chapter 11

Debtor(s)/

## ORDER GRANTING MOTION TO DISMISS

THIS CASE came on for consideration at a hearing on June 8, 2017, on the Motion to Dismiss (Doc #17), filed by Dennis Perkins dba Perkins Construction. For the reasons stated orally on the record in open court, which constitute the decision of the Court, it is

**ORDERED:**

1. The Motion to Dismiss is hereby **granted,** and the case is dismissed.

2. The Debtor shall have ten days from the entry of the order in which to pay quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.

3. The Court reserves jurisdiction to hear all fee applications of the Debtor's professionals, and address any remaining obligation to pay fees to the United States Trustee. The Court shall consider the final fee applications of the Debtor's professionals

upon service thereof to parties in interest with fourteen (14) days negative notice following the filing of amended and supplemented applications by such professionals.

    4.    The automatic stay is terminated and all presently scheduled hearings are canceled.

Diane L. Jensen is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three (3) days of entry of the order

80093.006

F:\WPDATA\SUE\WORDDOCS\SeminoleTracks\Motion to DismissORDER.doc